**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **THE CINCINNATI INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No: 1:25-cv-00053** |
| **v.** | ) | |
| | ) | **JUDGE: TRAVIS R. McDONOUGH** |
| **FIRST CENTENARY UNITED METHODIST CHURCH,** | ) | **MAGISTRATE: MICHAEL J. DUMITRU** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEAL**

Comes now the Plaintiff and Appellant, The Cincinnati Insurance Company ("Cincinnati"), pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure and hereby provides formal notice of its Appeal to the United States Court of Appeals for the Sixth Circuit.

Cincinnati appeals from the Memorandum and Order entered by this Court on February 3, 2026 (Doc. 25), which adjudicated the parties' rights and obligations with respect to Cincinnati's duty to defend in the underlying litigation, as well as from the Order entered by this Court on February 18, 2026 (Doc. 28) directing the Clerk to close the case.

This Notice of Appeal encompasses the Final Judgment and all prior interlocutory orders that merge into that judgment.

Respectfully submitted,

s/ E. Jason Ferrell

**E. JASON FERRELL**
Registration No. 24425
DIRECT: (615) 630-7716
jferrell@ferrellfirm.com
Attorney for Plaintiff, The Cincinnati Insurance Company

**FERRELL LAW GROUP, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2026, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

| | |
|---|---|
| Larry L. Cash, Esquire<br>Haley E. Moody, Esquire<br>Miller & Martin PLLC<br>832 Georgia Avenue, Suite 1200<br>Chattanooga, TN 37402<br>Larry.Cash@millermartin.com<br>Haley.Moody@millermartin.com<br>*Attorneys for Defendant* | |

s/ E. Jason Ferrell
**E. JASON FERRELL**

EJF:BNK